# EXHIBIT 1







# New Account

Thank you for choosing Blockfills.com.  To make it easy and convenient to open your account, we have included all the necessary forms in this application pack.   Completing the application process is easy:

**Step 1:**   Complete Customer Account Application (**page 3**)
Read and Sign the Acknowledgement Agreement (**page 10**)
Review and sign (**page 11**)

**Step 2:**   **CORPORATE AND INDIVIDUAL IDENTITY VERIFICATION**
<u>Required of all authorised signatories of account (</u>**page 11**)
Please submit two (2) forms of identification
- One (1) photo ID (i.e. passport or any other government-issued document evidencing nationality or residence and bearing a photograph)
- One (1) proof of address as represented on this application (i.e. utility bill, bank statement)

**Step 3:**   Submit your completed, signed application (in its entirety) and your two forms of identification to;

> **Via E-mail (for expedited processing):**
>
> newaccounts@blockfills.com

**www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731**

*Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.*

P a g e  | **2**



# Customer Account Application

This Application must be completed in full or it will not be processed. Blockfills.com will not disclose, share or sell your personal information to third parties. You must be at least 18 years of age to open an account. Please type or print clearly.

Account Application and Customer Information Disclosure
Date:  __4____/___12_____/___2021____

| APPLICANT INFORMATION |
|---|
| **Applicant Name:**  Dominion Capital LLC |
| **Applicant Legal Type** |
| ☐ Corporation   ☐ Partnership   ☐ Public Limited Company(PLC)   ☒x Limited Liability Company |
| ☐ Individual   ☐ Trust   ☐ Other: |

| Country of Registration/Incorporation or Date of Birth USA | | Business Registration or Tax Identification Number | |
|---|---|---|---|
| **Incorporation Date** 6/13/2011 | **No. of Employees:** 10 via management company | **Years in Business:** 10 | **Nature of Business** (please be specific) Diversified Investing |

| **Is the Applicant regulated by any government agency?**   ☐ Yes   x☒ No |
|---|
| **In which country is it regulated?** |
| **Name of the agency the Applicant is registered with** |
| **Authorisation/Permission No.:** |
| **Type of Registration/License/Permissions:** |
| **Has the applicant or any of its Director's ever been declared bankruptcy?**   ☐ Yes   ☒x No |
| **If "Yes", provide details.** |
| **Is the Applicant or any of its shareholders or directors a politically exposed person ("PEP")?** ☐ Yes   x☒ No |
| **If "Yes", provide details (Blockfills may require enhanced due diligence):** |

www.blockfills.com     newaccounts@blockfills.com     +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.

P a g e | 3



| COMPANY REGISTERED or RESIDENTIAL ADDRESS (for individuals) ||||
|---|---|---|---|
| **Street Address** 256 West 38th Street || **Apartment or Suite Number** 15th Floor ||
| **City** New York | **State/Province** (if applicable) NY | **Postcode** 10018 | **Country** |
| **Phone Number** ||| **Website** https://domcapllc.com/ ||
| **MAILING ADDRESS** (if different from above) ||||
| **Street Address** || **Apartment or Suite Number** ||
| **City** | **State/Province** (if applicable) | **City** | **State/Province** (if applicable) |
| **Phone Number** || **Fax Number** ||
| **Contact Person at this address:** ||||
| **PRIMARY CONTACT INFORMATION** ||||
| Please specify the contact information for the individual who should be contacted regarding any matter should any problems or concerns arise in regards to this application. The primary contact is not necessarily an Authorised Representative. To be an Authorised Representative, the primary contact should be listed in the "Authorised Representatives" section. ||||
| **First Name** Mikhail | **Middle Name** | **Last Name** Gurevich | **Title** Managing Member |
|  |  |  | **Position** Managing Member |
| **ADDITIONAL CONTACT INFORMATION (if applicable)** ||||
| **First Name** Gennadiy | **Middle Name** | **Last Name** Gurevich | **Title** Managing Member |
|  |  |  | **Position** Managing Member |

www.blockfills.com   newaccounts@blockfills.com   +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.

P a g e | **4**



| SHAREHOLDERS, DIRECTORS and DESIGNATED INDIVIDUALS ( not applicable for Individual trading accounts) |
|---|

Please indicate below the Shareholders, Directors and all duly Authorised Representatives who will act on behalf of the Company and Designated Traders who will trade on behalf of the Company.

**Specify those Shareholders with 25% or more of the Applicant company. If no shareholder owns more than 25% of the shares then provide information on the largest Shareholders that exercise control over the running of the Applicant's Company. If a shareholder is a company then Blockfills.com will need information and Identification of the final Beneficial owner (25% shareholding and above)**

**Authorised Representative(s) or Director (s):**
It is the intention of the Company to give the Authorised Representatives of the Company the broadest possible power with respect to the account or accounts of the Company. Any one of the following individuals is hereby authorised to direct the deposit or withdrawal of funds in such accounts; to confirm the correctness of transactions; and to deal fully with **Blockfills.com** with respect to such accounts.

**Designated Trader(s):**
It is the intention of the Company to give the Designated Trader(s) no other power but the power to trade in, purchase and sell foreign exchange contracts, on margin or otherwise to trade on the platform provided by **Blockfills.com.**

**SH = Shareholding, AR= Authorised Representative, TR= Trader**

| First Name | Middle Name | Last Name | Position (CEO, COO…) | E-mail | SH (%) | AR | TR |
|---|---|---|---|---|---|---|---|
| Michael | | Satcowitz | Chief Accounting Officer | ███████ | | AR | |
| Mikhail | | Gurevich | CEO | ███████ | <25% | | |
| Gennadiy | | Gurevich | PM | ███████ | <25% | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| TRADING ACCOUNT INFORMATION | |
|---|---|
| **What will be your initial deposit?** $1,000,000 | **Intended Purpose of the Account** (please check all that apply)<br>X☒ Speculative  X☒ Hedging  ☐ Manage Risk  ☐ Other _____<br><br>**Intended Purpose of Transactions:** (please check all that apply)<br>☒ Speculative  ☒ Hedging  ☐ Manage Risk  ☐ Other _____ |
| **Source of Funds (we require a bank statement)**<br><br>Signature Bank, 261 Madison Avenue, New York, NY 10016 | |
| **Expected Average Monthly Volume (USD Millions)**<br>$250,000 | **If you are a sole trader- Will any person other than you control, manage, or direct the trading in this account?**<br> ☐ Yes ☐ No<br><br>(if yes, please complete the Limited Power of Attorney form)<br>Remove at all and just keep POA |
| **Expected Average Daily Trade Size** | |

www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| FINANCIAL INFORMATION (Please complete ONLY if you are not regulated in Mifid or EEA countries) |
|---|
| If you are newly incorporated or you do not produce audited statements by virtue of your place of incorporation, then a pro-forma balance sheet signed by the director should be provided with the account opening documents. In the case of a Trust, the Trustee should provide the most recent set of Trust accounts. |

| *Please provide us with your latest audited financial statements.* |
|---|

| **Applicant's Estimated Annual Income** | USD _____ |
|---|---|
| **Applicant's Liquid Net Worth** (Assets less Liabilities) | USD _____ |
| **Risk Capital** (Amount that, if lost, would not jeopardize the company's operations) **USD** _____ ||

| *Please complete the following questions for yourself or the Head of Trading or the company as a whole* ||
|---|---|
| Has the Applicant carried out transactions, in significant size, on the relevant market at an average frequency of 10 per quarter over the previous four quarters | Yes [X]   No [ ] |
| Does the Applicant have an investment portfolio (Cash and Financial Instruments) in excess of EUR €500,000? | Yes [X]   No [ ] |
| Does the Applicant work or has worked in the financial sector for at least one year in a professional position, which requires knowledge of the transactions or services envisaged? | Yes [X]   No [ ] |
| **As a guide in answering this question:**<br><br>"Significant size" would be the equivalent of a nominal principal amount of approximately €15,000. This value would reflect either the initial margin, deposit or price of an individual lot, transaction.<br><br>"Relevant market" would be a market dealing in products comparable to those in which you intend to trade with us. ||

www.blockfills.com   newaccounts@blockfills.com   +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.

P a g e | 7

# BlockFills

| BANKING INFORMATION | |
|---|---|
| **Bank Name** Signature Bank | **Name on Bank Account** Dominion Capital LLC |
| **Address** 261 Madison Avenue, New York, NY 10016 | **Country** USA |
| **IBAN or Account Number:** ███████ | **Swift/ABA/Sort Code:** ███████ |
| **Account Currency:** | |

| TRADING CONDITIONS |
|---|
| **MINIMUM TRADE SIZE $50,000** |
| |
| **FEES** |
| Blockfills.com does not charge commissions. We charge a bid/ask spread typically quoted in USD (For non-US dollar currency trades, the number of millions of US dollars is defined as the base currency amount of the trade converted into US dollars using the end of the day calculations on the day of the trade or reasonably similar reference rate used from time to time by Blockfills.com) |
| **PLATFORM REQUESTED:** |

www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| CERTIFICATION OF ORGANIZATIONAL DOCUMENTS |
|---|

Entities must provide the following organizational documents as follows. Please check applicable choice:

| ☐ | **Corporation** <br> **Articles of Incorporation** <br> **Corporate Resolution** |
|---|---|
| ☐ | **Limited Liability Company** <br> **Articles of Organization** <br> **Operating Agreement** <br> **Partnership / LLC Resolution** |
| ☐ | **Partnership Company (GP, LP, LLP)** <br> **Partnership Agreement** <br> **Partnership Certificate (if applicable)** <br> **Partnership / LLC Resolution** |
| ☐ | **Other, please explain:** <br> _____ |

www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| CLIENT AGREEMENT |
|---|

### ACKNOWLEDGEMENTS SCHEDULE

If there is anything you wish to query, please contact us as soon as possible.

**Please sign this Schedule and return a signed copy to us.**

All individual account holders or all trustees must sign. A company should arrange for this Agreement to be executed by the company's by two directors or a director and the company secretary. (Unless the company has a sole director)

**Agreement (all customers)**

I/We have read, understood and agree to the clauses set out in this Agreement. Where I/we sign in a representative capacity, I/we confirm that I/we have full power and authority to enter into this Agreement

**The information provided by us in this Form and otherwise is accurate and complete and I/we will notify you of any material changes to this information.**

This Agreement is a legally binding contractual agreement and I agree to be bound by every term and condition, including the items listed above in this Application. No modification of this Application or Agreement is valid unless accepted by **Blockfills.com** in writing. I confirm that I have received a full set of account documents and I have not made any alterations or deletions to this Application or Agreement or any such documents from the original forms. In the event that there are any alterations or deletions to this Application or Agreement, that have not being agreed and signed by **Blockfills.com**, or any such documents such alteration and deletions shall not be binding on **Blockfills.com** and said original forms shall govern the Client's account relationship with **Blockfils.com.**

Client Money: That as a Professional Client and according to clause 6 of the trading agreement, you hereby acknowledge (unless **Blockfills.com** agrees is writing in a separate letter) that;

**(1)** money deposited by you with **Blockfills.com** will be segregated from the working capital of Blockfills.com until you execute an order through Blockfills.com; As a consequence of exectuting an order, Blockfills.com has the right to move your money in any amount not to exceed the amount of the trade to its counterparties at its sole discretion; and
**(2)** If your funds are moved to any Blockfills counterparty as a result of any order you placed

www.blockfills.com   newaccounts@blockfills.com   +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| |
|---|
| through Blockfills you will rank only as a general creditor of the firm in t **Limited Liability Company** |
| **Articles of Organization** |
| **Operating Agreement** |
| **Partnership / LLC Resolution Limited Liability Company** |
| **Articles of Organization** |
| **Operating Agreement** |
| **Partnership / LLC Resolution Limited Liability Company** |
| **Articles of Organization** |
| **Operating Agreement** |
| **Partnership / LLC Resolution Limited Liability Company** |
| **Articles of Organization** |
| **Operating Agreement** |
| **Partnership / LLC Resolution** he event of any third party default. |
| **SIGNATURES** |

| | |
|---|---|
| **Print Name (and position if a Company or Trust)** <br> Mikhail Gurevich, Managing Member of Dominion Capital LLC | |
| **Signature** <br> *[signature]* | **Date (DD/MM/YYYY)** <br> 04/12/2021 |
| **Print Name (and position if a Company or Trust)** <br> Gennadiy Gurevich, Managing Member of Dominion Capital LLC | |
| **Signature** <br> *[signature]* | **Date (DD/MM/YYYY)** <br> 04/12/2021 |

www.blockfills.com    newaccounts@blockfills.com    +44 (0) 7432 304 731

*Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.*

www.blockfills.com   newaccounts@blockfills.com   +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.

P a g e | 12



| **CERTIFIED BOARD RESOLUTION** |
|---|

I, _____ (Name), hereby certify the following: I am duly elected, qualified and authorised to act as Director of _____, a Corporation, and Incorporated under the laws of _____.

Neither the articles of incorporation, as amended, nor the by-laws of said Corporation purport to qualify or limit the power of the Corporation to acquire and dispose of shares or other interests in, or obligations of other domestic or foreign corporations, associations, or partnerships, or to qualify or limit the authority of the Board of Directors to adopt the resolutions hereinafter referred to.

**Attached hereto is a true copy of certain resolutions duly adopted by the Board of Directors of said Corporation at a meeting duly called** and held in accordance with law and the by-laws of the Corporation, at which meeting a quorum was present and voting throughout. Said resolutions have in no way been amended or repealed and remain in full force and effect and are in no way in conflict with the Charter and By-Laws of said Corporation

**BE IT RESOLVED**, by the Board of Directors that **Blockfills.com** is hereby authorised to establish one or more accounts on behalf of said Corporation for the purpose of trading in foreign currency and that said is authorised to act with respect to this Corporation upon the written or oral direction of any Authorised Representative(s) listed in the Business Account Application. Any one of the Authorised Representative(s) is hereby authorised to direct the disposition or withdrawal of funds in such accounts; to confirm the correctness of transactions; and to deal fully with **Blockfills.com** with respect to such accounts. It is the intention of the Corporation to give the Authorised Representative(s) of the Corporation the broadest possible power with respect to the account or accounts of the Corporation, and the Corporation shall hold **Blockfill.com** harmless against any and all liabilities, claims, losses, damages, expenses and attorney's fees that may arise directly or indirectly by reason of following any instruction, order, or direction given by any such Authorised Representative(s) and/or apparently authorised persons of the Corporation.

**BE IT RESOLVED**, the individual(s) specified as Designated Trader(s) in the Business Account Application shall have no other power but the power to trade in, purchase and sell foreign exchange contracts, on margin or otherwise using the trading platform provided by **Blockfills.com**.

www.blockfills.com   newaccounts@blockfills.com    +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.



| NAME/TITLE | E-MAIL |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

**IN WITNESS THEREOF, I HAVE SET MY HAND AND THE CORPORATE SEAL OF SAID CORPORATION THIS DAY OF**

Date: _____

Director: _____

Secretary Signature: _____

Secretary Name: _____

**THE REPRESENTATIVE SIGNING THIS BOARD RESOLUTION AND THE APPLICATION MUST BE AUTHORISED OFFICERS OF THE COMPANY ACCORDING TO THEIR COMPANY'S LATEST SIGNATORIES MANDATE.**

**(CORPORATE SEAL, if required by your company's bylaws)**

www.blockfills.com   newaccounts@blockfills.com   +44 (0) 7432 304 731

Blockfills.com is a trading name of Reliz Limited), a limited company incorporated in the Cayman Island: Registered Address 4th Floor Century Yard, Cricket Square, George Town Grand Cayman KY1-1209.

P a g e | **14**