# EXHIBIT 2



# ELECTRONIC ALL-INCLUSIVE TRADING AGREEMENT

This Agreement is between ("Customer") and Reliz Ltd doing business as Blockfills.com, its principals, subsidiaries, affiliates and introducing broker(s) ("Blockfills") with respect to the electronic or other trading account (the "Account") opened on behalf of Customer. This Agreement shall govern all of the aspects of the Account detailed below:

**1**. Customer acknowledges that this Agreement is an addendum to the Blockfills Client Agreement and Terms of Business and applies to those trades entered into by Customer through the use of any electronic order entry system provided or supported by Blockfills, including but not limited to any Blockfills third party electronic order entry system (collectively, the "System") through the Internet or otherwise. Customer further acknowledges that this Agreement also applies to those trades entered for a "voice", or non-electronic order entry, Account when in the sole discretion of Blockfills electronic order entry is necessary to properly enter the order for any reason, including but not limited to inability to transmit the order by "voice". This Agreement must be executed and manually received by Blockfills prior to Customer's commencement of any trading for the Account.

**2.** With respect to electronic trading Accounts, Blockfills or the third party provider will assign the Customer a unique confidential user identification name ("User ID") and password ("Password") which must be used solely by Customer in order to access Blockfills through the System. Customer agrees that the User ID and Password may not be disclosed to, or used by, any other person or party, for any purpose whatsoever. Customer hereby agrees that all orders placed through and instructions given to Blockfills are Customer's sole responsibility. Customer will save, defend, indemnify and otherwise hold Blockfills harmless of, from and against any and all liability, costs or damages of any kind arising by virtue of any unauthorized use of Customer's User ID or Password. Customer will notify Blockfills immediately if Customer becomes aware of any loss, theft or unauthorized use of Customer's User ID or Password. Customer agrees to immediately notify Blockfills in the event of any third party use of the User ID or Password.

**3.** All orders that Customer initiates, irrespective of mode of order entry, are Customer's responsibility are done at Customer's sole risk. If the Account is not updated to note, or if Customer does not receive affirmative notification that the order has been either accepted or rejected for placement, it is the Customer's responsibility to notify Blockfills immediately.

**4.** It is Customer's duty, and not Blockfills, to monitor the System trading screen while open orders and positions are pending. Blockfills is not responsible for delays or errors. It is Customer's obligation, and not Blockfills, to monitor the Account's status and the status of any open orders or positions in the Account and to take appropriate action to minimize loss or maximize gain.

**5.** Blockfills reserves the right to report acceptance, rejection or execution of Customer's orders by updating Customer's Account, electronically or otherwise, by e-mail and/or by telephone, as determined in the sole discretion of Blockfills.



6. Customer shall be responsible for monitoring all of Customer's orders until execution is confirmed or cancellation is acknowledged by Blockfills by updating the Account electronically, in writing or by telephone and/or e-mail. Customer must cause any email notification to be printed and must retain a hard copy of said notification. Blockfills is not responsible for any loss due to Customer's failure to cancel, replace or cover a trade prior to the updating of Customer's Account or receipt of Blockfills written, telephone and/or e-mailed confirmation or cancellation.

7. Blockfills, in its sole discretion, may establish limits on the maximum number of contracts per order, the maximum number of contracts per position, and/or any other type of trading limit based upon: (a) Government or exchange imposed position limits; (b) Exchange margin requirements; (c) Position limits imposed by Blockfills in its sole discretion; (d) Margin requirements imposed by Blockfills in its sole discretion; or (e) Any other criterion as Blockfills may see fit. Any orders that may cause the Customer's Account to exceed the limits set by Blockfills will be rejected by the System.

8. Notwithstanding the foregoing, acceptance of an order for placement does not constitute an agreement or representation by Blockfills that there is sufficient margin in Customer's Account to support the resulting position. Customer hereby acknowledges Customer's responsibility to keep apprised of current margin requirements in connection with all trading activities; to post all required margin for trades ordered by Customer, and, that Customer remains liable for the losses incurred on all Customer's trades, regardless of whether there is sufficient margin posted at the time the trade is ordered.

9. As with any electronic system it is possible that service could be interrupted. In that event, depending on the type of failure, it may not be possible to access the System to enter new orders, and/or modify or cancel orders previously entered.

10. Blockfills shall not be liable for any loss resulting from Third Party System failure, breakdown of electronic or mechanical equipment or communication lines, telephone or other interconnection problems, unauthorized access to Customer's User ID or Password, Customer's operating errors or any other condition over which Blockfills does not otherwise control.

11. Customer acknowledges that the accuracy, completeness, timeliness and correct sequencing of the real-time information concerning Customer's trading and Account activity, quotes and market information (the "Information") are not guaranteed by Blockfills. Customer agrees that Blockfills shall not have any liability for the accuracy, completeness, timeliness or correct 2 sequencing of the Information or for any decision made or action taken by Customer in reliance upon the Information or for any interruption of any data or Information. Customer agrees not to reproduce, retransmit, disseminate, sell or distribute the Information without the express written consent of Blockfills.

12. Blockfills reserves the right to terminate Customer's access to electronic trading at Blockfills sole discretion, for any reason whatsoever, including, but not limited to, the unauthorized use of Customer's User ID or Password and/or the breach of this Agreement.

13. EXCEPT AS PROVIDED IN THE RULES OF VARIOUS EXCHANGES, THE Blockfills CLIENT AGREEMENT AND EXCEPT IN INSTANCES WHERE THERE HAS BEEN A FINDING OF WILLFUL OR WANTON MISCONDUCT, IN WHICH CASE THE PARTY FOUND TO HAVE ENGAGED IN SUCH CONDUCT CANNOT AVAIL ITSELF OF THE PROTECTIONS UNDER SUCH



RULES, NEITHER Blockfills, ANY THIRD PARTY PROVIDER OF THE SYSTEM NOR ANY OF THEIR RESPECTIVE. OFFICERS, DIRECTORS, MANAGERS, AGENTS, EMPLOYEES OR AGENTS SHALL BE LIABLE TO ANY PERSONS, INCLUDING BUT NOT LIMITED TO CUSTOMER, FOR ANY LOSS, DAMAGE, COSTS OR EXPENSES (INCLUDING, BUT NOT LIMITED TO, LOSS OF PROFITS, LOSS OF USE, OR DIRECT, INDIRECT, INCIDENTAL OR CONSEQUENTIAL DAMAGES), ARISING FROM (1) ANY FAILURE OR MALFUNCTION, INCLUDING BUT NOT LIMITED TO, ANY INABILITY TO ENTER OR CANCEL ORDERS, OF THE SYSTEM OR SERVICES OR FACILITIES USED TO SUPPORT THE SYSTEM, IRRESPECTIVE OF WHETHER THE SUBJECT ORDER(S), ARE ORIGINALLY INITIATED ELECTRONICALLY, OR (2) ANY FAULT IN DELIVERY, DELAY, OMISSION, SUSPENSION, INACCURACY OR TERMINATION, OR ANY OTHER CAUSE, IN CONNECTION WITH THE FURNISHING, PERFORMANCE, MAINTENANCE, REPAIR, USE OF OR INABILITY TO USE ALL OR ANY PART OF THE SYSTEM OR ANY SERVICES OR FACILITIES USED TO SUPPORT THE SYSTEM. THE FOREGOING SHALL APPLY REGARDLESS OF WHETHER A CLAIM ARISES IN CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY OR OTHERWISE.

**15.** THERE ARE NO EXPRESS OR IMPLIED WARRANTIES OR REPRESENTATIONS PROVIDED BY BLOCKFILLS (INCLUDING ITS SUBSIDIARIES, AFFILIATES AND INTRODUCING BROKERS) OR ANY THIRD PARTY PROVIDER OF THE SYSTEM RELATING TO ORDER ENTRY, THE SYSTEM, THE INFORMATION, THE TRADING SOFTWARE OR ANY BLOCKFILLS SERVICE OR FACILITY USED TO SUPPORT THE SYSTEM, INCLUDING BUT NOT LIMITED TO WARRANTIES OF MERCHANTABILITY, WARRANTIES OF FITNESS FOR A PARTICULAR PURPOSE OR USE OR WARRANTIES OF NO INTELLECTUAL PROPERTY INFRINGMENT.

**16.** ANY DISPUTE ARISING OUT OF THE USE OF THE SYSTEM, Blockfills THIRD PARTYSERVICES OR BLOCKFILL'S FACILITIES USED TO SUPPORT THE SYSTEM IN WHICH BLOCKFILLS, ITS SUBSIDIARIES OR AFFILIATES OR ANY RESPECTIVE OFFICERS, DIRECTORS, MANAGERS, AGENTS OR EMPLOYEES IS MADE A PARTY, SHALL BE SUBJECT TO AND ENFORCED IN ACCORDANCE WITH ILLINOIS LAW. ANY ACTIONS, SUITS OR PROCEEDINGS AGAINST ANY OF THE PARTIES DESCRIBED IN THIS SECTION MUST BE BROUGHT WITHIN TWOYEARS FROM THE TIME THAT A CAUSE OF ACTION HAS ACCRUED.

**17.** Acknowledgment of Risks: Customer acknowledges that trading in Digital Assets, spread bets and contracts for difference is a highly speculative activity involving high leverage and volatile markets. Despite these risks, Customer assumes the financial and other known risks involved in these investment or trading vehicles. Customer understands that on certain specific trading dates, trading in digital assets, spread bets and contracts for difference may cease or expire and that when they are traded outside the Cayman Islands, trading days and hours may not coincide with domestic trading days or hours and that these factors may result in financial disadvantage to the Customer. Customer freely assumes these risks and holds Blockfills, its employees, agents, officers and owners harmless against any such loss resulting from these risks.

**18.** The purpose of this Electronic Trading Agreement and Risk Disclosure Statement is to advise market participants of the general features of the System and the principal risk factors related to the use of the System, either directly or as alternative order entry method, as detailed herein. This brief Statement, however, cannot describe all aspects of the System nor can it identify all of the potential risk factors. Market users should review the full set of Risk Disclosures in their Client Agreements and contact their brokers for any further information which may be needed in order to evaluate the possible uses of, and the risks associated with, the System. To the extent necessary to effectuate the provisions hereof, any third-party provider of the System to which Customer may subscribe hereunder shall be a third-party beneficiary of this Agreement.



**BEFORE CUSTOMER MAY COMMENCE TRADING IN THE ACCOUNT, THIS DOCUMENT MUST BE PRINTED IN HARD FORM AND MANUALLY EXECUTED AND MAILED OR EMAILED TO BLOCKFILLS AT THE FOLLOWING: newaccounts@blockfills.com;**

Blockfills.com, 4th Floor Century Yard, Cricket Square, George Town, Grand Cayman, Cayman Islands; Email: support@blockfills.com  | Web: www.blockfills.com

**SIGNATURE PAGE**

Name (Print):     Mikhail Gurevich

Signature:          *(signed)*

Date:                   April 12th, 2021


Name (Print):     Gennadiy Gurevich

Signature:          *(signed)*

Date:                   April 12th, 2021



**General Terms and Conditions**

- Blockfills is compensated through the bid/ask spread.
- Taker and Technology Fees are discounted each monthly based on aggregated monthly volumes.
- Taker and Technology Fees are charged for transacting on the Blockfills System. Fees for RFQ block trades will be disclosed separately.
- BitGo sub-accounts are set up for free by Blockfills. There are no ($0) BitGo deposit fees. BitGo deposits are insured up to $250,000 (USD).
- Bank Wire Fees are $35-$50 and are charged by our banking partners on fiat transfers.

| Reliz Ltd | Your Company |
|---|---|
| By:_____ | By:_____ |
| Title: _____ | Title:__Managing Member_____ |