USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/16/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

         Plaintiff,

-against-

RELIZ LTD. d/b/a BLOCKFILLS.COM,

         Defendant.

1:26-cv-1672-MKV

ORDER STAYING CASE

MARY KAY VYSKOCIL, United States District Judge:

On March 16, 2026, Defendant filed a Suggestion of Bankruptcy and Notice of Automatic Stay [ECF No. 13], advising that on March 15, 2026, Defendant had filed a chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware, commencing *In re: Reliz, Ltd.*, Case No. 26-10375-TMH (Bankr. D. Del.) (the "Bankruptcy Case").

Accordingly, IT IS HEREBY ORDERED that this matter is automatically stayed in its entirety pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. § 362, by reason of the filing of the Bankruptcy Case.

IT IS FURTHER ORDERED that all deadlines and hearings in this case are adjourned *sine die*.

IT IS FURTHER ORDERED that Defendant shall file a report on the status of the Bankruptcy Case on or before June 16, 2026, and every three months thereafter, or within three days of the termination of the Bankruptcy Case or any order lifting the automatic stay with respect to this case.

**SO ORDERED.**

**Date:  March 16, 2026**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**