USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:April 14, 2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOMINION CAPITAL LLC,

                Plaintiff,

      v.

RELIZ LTD. d/b/a BLOCKFILLS.COM,

                Defendant.

Case No. 1:26-cv-01672-MKV

**[PROPOSED] ORDER TO VACATE UNDERTAKING ON TEMPORARY INJUNCTION**

MARY KAY VYSKOCIL, United States District Judge:

WHEREAS, on March 3, 2026, the Court granted Plaintiff a temporary restraining order in the above captioned action, enjoining and restraining Defendant from doing certain things as more fully set forth in the order upon Plaintiff's posting of a bond in the amount of $123,000 [ECF No. 10]; and

WHEREAS, on March 13, 2026, Plaintiff duly posted and filed in the office of the Clerk an Undertaking on Preliminary Injunction/ Temporary Restraining Order, Bond No. K42188013 [ECF No. 11]; and

WHEREAS, on March 16, 2026, Defendant filed a Suggestion of Bankruptcy and Notice of Automatic Stay, advising that it had filed a chapter 11 bankruptcy petition in the United States Bankruptcy Court for the District of Delaware styled, *In re Reliz Ltd.,* Case No. 26-10375-TMH (Bank. D. Del.) [ECF No. 13]; and

WHEREAS, in light of the bankruptcy filing, the Court entered an order on March 16, 2026 staying the case in its entirety pursuant to Section 362 of the Bankruptcy Code, 11 U.S.C. §362, and, *inter alia*, adjourning all deadlines and hearings *sine die* [ECF 14]; and

WHEREAS the TRO expired by its own terms on March 17, 2026.

- 2 -

NOW, IT IS HEREBY ORDERED that Plaintiff's Undertaking on Preliminary Injunction/Temporary Restraining Order, Bond No. K42188013, filed at ECF No. 11, is hereby cancelled and the surety company is discharged from any and all liabilities.

**SO ORDERED.**

**Date:** April   14, **2026**
**New York, New York**

**MARY KAY VYSKOCIL**
**United States District Judge**