**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

DOMINION CAPITAL LLC,

        Plaintiff,

    v.

RELIZ LTD. d/b/a BLOCKFILLS.COM,

        Defendant.

Case No.: 1:26-cv-01672 (MKV)

### DEFENDANT'S STATUS REPORT ON THE BANKRUPTCY CASE

Pursuant to the Court's *Order Staying Case* [ECF No. 14], Defendant Reliz Ltd. ("Defendant") respectfully submits the following status report on its pending chapter 11 bankruptcy case *In re: Reliz, Ltd.*, Case No. 26-10375-TMH, in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Case"):

1. On March 15, 2026, Defendant and certain of its affiliates (each, a "Debtor" and, collectively, the "Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101—1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). *See In re: Reliz, Ltd.*, Case No. 26-10375-TMH (Bankr. D. Del.).

2. On March 18, 2026, the Bankruptcy Court granted the Debtors motion for joint administration of the Bankruptcy Case, and the Bankruptcy Case was consolidated for procedural

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/blockfills. The location of Debtors' principal place of business and the Debtors' service address in the chapter 11 cases is: 401 West Ontario St., Suite 400, Chicago, IL 60654.

purposes only and administered by the Court under Case No. 26-10371 (TMH) (Bankr. D. Del.) [Docket No. 58].[2]

3.    On April 7, 2026, the Debtors filed a *Joint Chapter 11 Plan* [Docket No. 128] and *Disclosure Statement Relating to Joint Chapter 11 Plan* [Docket No. 129].

4.    On May 28, 2026, the Debtors filed an *Amended Joint Chapter 11 Plan* [Docket No. 391] (the "Plan") and *Amended Disclosure Statement Relating to Amended Joint Chapter 11 Plan* [Docket No. 392] (the "Disclosure Statement").

5.    As provided for in the Plan and described in the Disclosure Statement, the Debtors conducted a comprehensive marketing process to source a bidder for the Debtors' assets.  At the conclusion of such marketing process, the Debtors chose Keyrock S.A. ("Keyrock") as the winning bidder.  The Keyrock bid contemplates, subject to certain regulatory approvals, a purchase price of up to $3,250,000 and the acquisition of substantially all of the Debtors' assets.  The Debtors will seek final approval for the sale of the Debtors' assets to Keyrock on June 16, 2026.

6.    The deadline for filing and serving objections to confirmation and voting to accept or reject the Plan is currently set for July 1, 2026 at 4:00pm Eastern Time, and the confirmation date for the Plan is currently set for July 13, 2026 at 10:00am Eastern Time [*see* Docket No. 388].

7.    Additional information regarding the Chapter 11 Cases may be obtained free of charge by visiting the website of the Debtors' claims and noticing agent at https://www.veritaglobal.net/blockfills.

8.    In accordance with the Court's *Order Staying Case* [ECF No. 14], Defendant intends to file a further report on the status of the Bankruptcy Case within three (3) months after

---

[2]    Citations to "Docket No." herein refer to docket entries in the consolidated case, *In re: Reliz Technology Group Holdings Inc., et al.*, Case No. 26-10371 (TMH) (Bankr. D. Del.).

the date herein or within three (3) days of the termination of the Bankruptcy Case or any order lifting the automatic stay with respect to this case.

Dated: June 16, 2026
New York, New York

**MCDERMOTT WILL & SCHULTE LLP**

By:    _/s/ Joseph B. Evans_
Joseph B. Evans
One Vanderbilt Avenue
New York, NY  10017
Telephone: 212-547-5767
jbevans@mcdermottlaw.com

_Attorney for Defendant Reliz Ltd. d/b/a BlockFills_

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on the 16th day of June 2026, a copy of the foregoing

*Defendant's Status Report on the Bankruptcy Case* was filed electronically this day and is available

for viewing from the Court's ECF system.  Notice of this filing will be sent to all counsel of record

via the Court's ECF system.


Dated: June 16, 2026                    */s/Joseph B. Evans*
      New York, New York               Joseph B. Evans